IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 4:25-CR-00050 MTS JSD |
| | ) | |
| FRANCISCO J. OCANA-TALAMANTES, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Jillian S. Anderson, Assistant United States Attorney, and moves the Court to order Defendant detained pending trial pursuant to Title 18, United States Code, Section 3141, 3142(e) and (f)(2) *et seq*.  Based on the charges in the Indictment and pursuant to Title 18, United States Code, Section 3142(e)(2) there is a rebuttable presumption that there are no conditions or combination of conditions that will reasonably assure the appearance of the Defendant and the safety of the community. As and for its grounds, the Government states as follows:

The Defendant has been indicted with one count of receiving child pornography in violation of 18 U.S.C. §2252A(a)(2), This offense involves mandatory imprisonment of five (5) years to twenty (20) years. As summarized below, there is strong evidence of the Defendant's interest in the sexual abuse of minors which supports that he is a danger to the community.

Further, upon information and belief, the Defendant is not lawfully present in the United States as he is undocumented and without legal authorization to be in the United States. For this

reason, the Defendant is a flight risk. The Defendant works as a roofer, but does not, upon information and belief, have an employment visa.

In a related case, cause no. 2411-CR00784-01, presently pending in the Circuit Court for St. Charles County, Missouri, Defendant Ocana-Talamantes is charged with two counts of Rape 1st Degree of a Victim Under the Age of Twelve (12) Years; five counts of Child Molestation 1st Degree; one count of Sodomy 1st Degree with a Victim Under the Age of Twelve (12) Years; and four counts of Possession of Child Pornography.

The investigation into Ocana-Talamantes began when a report was made to the St. Charles Police Department that Defendant Ocana-Talamantes repeatedly sexually assaulted a minor when she was between the ages of five (5) and twelve (12) years of age. During the course of that investigation, The Defendant's Samsung S20 cellular telephone was examined, and it was determined the Defendant had received via the internet and possessed about three hundred and thirty-eight (338) videos of child pornography, including but not limited to the following videos:

A). Filename: 76_IMG-0573_ev.mp4 (1 minute and 20 seconds)

A prepubescent female wearing knee-high white socks who is subjected to an adult male inserting his penis into her anus. The adult male has anal intercourse with the child, then removes his penis from the child's anus and focuses the camera on the child's anus for several seconds. In the lower right half of the screen appear red letters stating, "contact me: ppc258.com."

B) Filename: 123VN20230511025445.mp4 (53 seconds)

A male individual subjects a prepubescent female minor to anal intercourse. In the lower right appears the term "kakk7.com."

C) Filename: 219VN20230610043726.mp4 (1 minute and 4 seconds)

A prepubescent minor female is nude and positioned on all fours while the camera focuses on her vagina and anus. An adult male has the child flip over onto her back. The adult male begins to subject the child to vaginal intercourse. After trying to fit his penis into her vagina, the adult

2

male backs away. The child repositions herself with her vagina exposed to the camera. In blue lettering on the bottom of the video is the statement "contact me: Pappz8.com."

D). Filename: 229VN20230608133717.mp4 (57 seconds)

A prepubescent minor male is subjected to fellatio by a female of unknown age. Later in the video the child is subjected to inserting his penis into the female's vagina. At the bottom of the video in blue lettering is the statement "contact me: Pappz8.com."

E). Filename 238VN20230608131220.mp4 (3 minutes and 3 seconds)

A prepubescent female minor is subjected to sexual intercourse with a male of unknown age. The child is nude from the waist down and is lying on her stomach with the male on top of her. She wears a white top and a pink headband. She has a sucker in her mouth. The male gets off the child and uses his hands to spread her buttocks exposing her vagina and anus to the camera. Then the male mounts her and resumes subjecting her to sexual intercourse. The video ends with the child subjected to performing fellation on the male. On the bottom of the video in blue lettering appears "contact me: Pappz8.com."

Based on the foregoing, the Government believes that there is clear and convincing evidence that the Defendant presents a danger to children in our community and children he can exploit via the internet. The Government further submits that the Defendant is a flight risk. Wherefore, the Government respectfully requests this Court order the Defendant be detained prior to trial.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY

*/s/ Jillian S. Anderson*
JILLIAN S. ANDERSON
Assistant United States Attorney